# COURT MINUTES
# Magistrate Judge Marty Elfenbein

Atkins Building Courthouse - 5th Floor          Date: 05/18/2026  Time: 2:00 PM

Defendant: Alex Nain  Saab Moran        J#: _____     Case #: 26-CR-20020-WILLIAMS/LETT(SEALED)

AUSA: Monique Botero & Joseph Palazzo        Attorney: **Neil & Joseph Schuster (TEMP)**

Violation: Conspiracy to Launder Monetary Instruments.          Surr/Arrest Date: 05/18/2026      YOB: 1971

Proceeding: Initial Appearance                CJA Appt: _____

Bond/PTD Held: ◯ Yes  ◯ No          Recommended Bond: _____

Bond Set at: $ STIP- Pretrial Detention w/right to revisit      Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: Spanish

Disposition:
Govt's ore tenus motion to partially unseal -GRANTED-. Defendant advised of rights and charges. Defense counsel's filed a temporary notice of appearance. Government seeks PTD. The parties stipulated to PTD w/the right to revisit. Government ore tenus motion for PTD -GRANTED-. Pursuant to the stipulation. No hearing held. Defense counsel waived speedy trial for reasons stated on the record.

Time from today to __6/24/26_____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel**: | **6/24/26** | **10am** | **Duty** | **Miami** |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **6/24/26** | **10am** | **Duty** | **Miami** |
| Status Conference RE: | | | | |

D.A.R. 14:16:57; 14:19:26                Time in Court: 11 mins

s/Marty Elfenbein                          Magistrate Judge