**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cr-20020-KMW

UNITED STATES,

      Plaintiff,

v.

ALEX NAIN SAAB MORAN,

      Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE**
**ARRAIGNMENT AND REPORT RE: COUNSEL, WAIVER OF**
**APPEARANCE, AND WAIVER OF STATUTORY RIGHT TO SPEEDY TRIAL**

Defendant, ALEX NAIN SAAB MORAN, through undersigned temporary counsel, unopposed by the government, respectfully requests that his appearance before the Duty Magistrate set for June 24, 2026, at 10:00 a.m. for Report re: Counsel and Arraignment be continued for an additional 30 days.

In support, temporary counsel requires an additional 30 days to solidify their appearance.

The Defendant has received a copy of his Indictment, fully understands the charges and these proceedings, has been advised of and does waive the right to appear at the hearing scheduled on June 24, 2026.

Moreover, the Defendant is fully aware of his statutory right to a speedy trial and with advisement of that right, knowingly waives that right commencing from the date of his first appearance, May 16, 2026, up to and through July 24, 2026.

The Speedy Trial Act requires, *inter alia*, that in a case in which a plea of not guilty is entered, the trial shall commence within seventy days from the defendant's appearance before a

judicial officer.  18 U.S.C. § 3161(c)(l).  However, if the trial judge determines that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, the delay occasioned by such continuance is excluded from the Act's time limits.  18 U.S.C. § 3161(h)(7)(A).  The factors "a judge shall consider in determining whether to grant a continuance" include whether failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Defendant respectfully requests that all time from and including May 16, 2026, up to and through July 24, 2026, be excluded in computing the time within which a trial must commence pursuant to 18 U.S.C. § 3161(h).  Under 18 U.S.C. § 3161(h)(7), the ends of justice will be served by granting the requested extension of time and outweigh the best interest of the public and the Defendant in a speedy trial because additional time is necessary for defense counsel to be formally retained.

Mr. Saab agrees to waive any objections under the Speedy Trial Act for the time period specified in this Motion.  This waiver is made knowingly, intentionally, and voluntarily by the Defendant; with full knowledge of the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and with the advice and consent of defense counsel.

Specifically, the Defendant acknowledges that, as he has been advised by the undersigned, the time resulting from this continuance request shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and respectfully asks the Court to find that the ends of justice are served by granting this continuance which outweigh the best interests of the public and the Defendant in a speedy trial, and that the Court find excludable time under the statute commencing May 18, 2026, and continuing until and through the next setting, at least until July 24, 2026.

WHEREFORE, Defendant respectfully requests that this Court grant a 30-day continuance of the Report Re: Counsel and Arraignment, and accept this formal Waiver of Appearance and rights under the Speedy Trial Act.

I, Alex Nain Saab Moran, have consulted with my attorney and fully understand all of my rights with respect to a speedy trial under 18 U.S.C. § 3161. I agree that all time from and including May 16, 2026, through July 25, 2026, should be excluded in computing the time within which the trial in this case must commence for the reasons stated in the motion. I have read this Motion and carefully reviewed every part of it with my attorney. I understand this motion and voluntarily agree to it.

_____    June 18/2026
ALEX NAIN SAAB MORAN

Respectfully submitted by,

/s/ Neil M. Schuster
**Neil M. Schuster**
FL Bar No. 216909
Neil M Schuster PA
555 NE 15th St Ste 2C
Miami, FL 33132
Neil@neilmschuster.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 22nd day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Neil M. Schuster
Neil M. Schuster, Esq.