UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cr-20020-2-KMW

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ALEX NAIN SAAB MORAN,

          Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND REPORT RE: COUNSEL, AND ACCEPTING WAIVER OF APPEARANCE, AND WAIVER OF STATUTORY RIGHT TO SPEEDY TRIAL

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Arraignment and Report re: Counsel, Waiver of Appearance, and Waiver of Statutory Right to Speedy Trial [ECF No. 20]. Having reviewed the motion and being fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** Defendant's Unopposed Motion to Continue Arraignment and Report re: Counsel, Waiver of Appearance, and Waiver of Statutory Right to Speedy Trial is **GRANTED**. Defendant's Arraignment and Report re: Counsel are **CONTINUED** for thirty (30) days, and Defendant and temporary counsel are not required to appear on June 24, 2026.  Defendant's Arraignment and Report re: Counsel ARE **RESET** to **July 24, 2026,** at **10:00 a.m.** before the Miami Duty Judge.

The Defendant's Waiver of Statutory Right to Speedy Trial is made knowingly, voluntarily, and intentionally, and with the advice and consent of defense counsel.  Under 18 U.S.C. § 3161(h)(7)(A), the ends of justice are served by this continuance and outweigh the interest

of the public and the defendant in a speedy trial, and the delay occasioned by this continuance is excluded from the Act's time limits.  All time from and including May 16, 2026, through July 24, 2026, is hereby excluded in computing the time within which the trial in this case must commence.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June 2026.

HON. ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE