**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cr-20020-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX NAIN SAAB MORAN,

        Defendant.

_____/

**ORDER GRANTING IN PART UNOPPOSED MOTION**
**TO ACCEPT WAIVER OF PERSONAL APPEARANCE**

**THIS MATTER** is before the Court on the Defendant's Motion to Accept Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty and Waiver. (ECF No. 25).

The Motion is **GRANTED, in part**. The Court accepts Defendant's waiver of his personal appearance at his arraignment, scheduled for July 24, 2026, at 10:00 A.M.  Defense counsel shall appear for the arraignment, which will be conducted in open court, consistent with Federal Rule of Criminal Procedure 10.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd  day of July 2026.

_____
HON. LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE