**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20020-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**ALEX NAIN SAAB MORAN,**

**Defendant.**
_________________________________/

**PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY**

The United States of America, having filed an unopposed motion for a protective order regulating the disclosure of Discovery to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

IT IS HEREBY ORDERED that counsel of record for the defendant in this proceeding shall hold the Discovery marked "Confidential" (the "Discovery") in the strictest confidence. Therefore, defense counsel shall restrict access to this Discovery, and shall disclose this Discovery to his client, office staff, investigators, attorneys working directly with defense counsel – Maria Avila and Ana-Sofia Navarrete, consultants, and to anticipated fact or expert witnesses (the "Approved Parties") only to the extent that defense counsel believes is necessary to assist in the defense of each of their clients in this matter, and in a manner that will prohibit the disclosure of this Discovery to other persons beyond the Approved Parties;

IT IS FURTHER ORDERED that disclosure of this Discovery to any other individual, beyond the Approved Parties is prohibited absent further leave of Court. This includes that the Defendants may not disseminate or disclose the discovery to anyone besides the Approved Parties;

IT IS FURTHER ORDERED that counsel of record for the defendant shall advise any person to whom this Discovery is disclosed, including the defendant, that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited; and

IT IS FURTHER ORDERED that upon entry of the final order of the Court in this matter and conclusion of any direct appeals, government personnel and defense counsel shall destroy or cause to be destroyed all copies of the Discovery, except that government personnel and defense counsel may maintain copies in their closed files following their ordinary procedures.

DONE AND ORDERED in chambers at Miami, Florida, this 14 day of August 2026.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record