**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20020-WILLIAMS**

**UNITED STATES OF AMERICA**

**v.**

**ALEX NAIN SAAB,**

**Defendant.**
_______________________________________/

**UNITED STATES' CONSENT MOTION TO UNSEAL PRELIMINARY ORDER OF FORFEITURE AND RELATED MATERIALS**

The United States, by and through the undersigned, hereby moves this Court to unseal the Preliminary Order of Forfeiture in this case, as well as the related Motion for Preliminary Order of Forfeiture, Attachment A, and Motion to Seal, all filed with the consent of the defendant on October 20, 2026, and hereby states pursuant to Local Rule 5.4:

1. The United States has become aware that the underlying basis for keeping the Preliminary Order of Forfeiture and related materials under seal no longer exists.

WHEREFORE the United States respectfully moves this Court to unseal the Preliminary Order of Forfeiture in this case, as well as the related Motion for Preliminary Order of Forfeiture, Attachment A, and Motion to Seal.

Respectfully submitted,

YARA KLUKAS
ACTING UNITED STATES ATTORNEY

By: */s/ Monique Botero*
Monique Botero
Assistant United States Attorney
Fla. Bar No. 722286
U.S. Attorney's Office, Southern District of Florida
99 N.E. 4th Street

Miami, FL 33132
(305) 961-9010
Monique.Botero@usdoj.gov

and

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS AND FORFEITURE SECTION

By: */s/ Joseph Palazzo*
Joseph Palazzo
Deputy Chief
S.D. Fla. Bar No. A5502141
Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue, NW – 3rd Floor
Washington, DC 20005
Joseph.Palazzo@usdoj.gov
(202) 514-1263

## LOCAL RULE 88.9 CERTIFICATION

The undersigned counsel hereby certifies that on November 23, 2026, counsel for the United States conferred with defense counsel regarding the Defendant's position on the instant motion, and on the same day, defense counsel confirmed the Defendant's consent.

*s/ Joseph Palazzo*
Joseph Palazzo